Fredric A. **GARDNER**; et al.,
Plaintiffs—Appellants,

v.

Sharon **PETERS**; et al., Defendants—
Appellees.

No. 06–16647.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted May 15, 2008.

Filed May 27, 2008.

Steven D. Keist, Glendale, AZ, for Plaintiffs–Appellants.

David I. Pincus, Gretchen M. Wolfinger, Tax Division/Appellate Section, for Defendants–Appellees.

Before: KLEINFELD and N.R. SMITH, Circuit Judges, and MILLS *,

* The Honorable Richard Mills, Senior United States District Judge for the Central District of Illinois, sitting by designation.

District Judge.

## MEMORANDUM **

Fredric Gardner, Elizabeth Gardner, and Beth-el Aram Ministries appeal the district court's grant of Defendants' motion to dismiss pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). We have jurisdiction pursuant to 28 U.S.C. § 1291. We affirm.

The Internal Revenue Service (IRS) provided sufficient notice to the Gardners' last known address. *See* 26 U.S.C. § 6330; *Williams v. IRS*, 935 F.2d 1066, 1067 (9th Cir.1991). The Gardners did not request a hearing within the statutory period, thus they were only entitled to an "equivalent hearing." *See* 26 U.S.C. § 6330(a)(3)(B); 26 C.F.R. § 301.6330–1(i). Therefore, the district court did not err in finding that the Gardners submitted an untimely request for a Collections Due Process (CDP) hearing, and therefore lacked subject matter jurisdiction to review the Decision Letter issued by the IRS. *See* 26 U.S.C. § 6330(d)(2); 26 C.F.R. § 301.6330–1(i)(2), "Q&A–16".

The Gardners were not entitled to injunctive relief because (1) they were not entitled to a CDP hearing, *see* 26 U.S.C. § 6330(e)(1), and (2) they were unable to show the government would not ultimately prevail, *see Enochs v. Williams Packing & Navigation Co.*, 370 U.S. 1, 7, 82 S.Ct. 1125, 8 L.Ed.2d 292 (1962).

Beth-el Aram Ministries did not state a claim for wrongful levy because the levy was placed on property in which the Gardners had an interest at the time the lien arose. *See Sessler v. United States*, 7 F.3d 1449, 1451 (9th Cir.1993); 26 C.F.R. § 301.7426–1(b).

AFFIRMED.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.